**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------- x
JO-ANNE FILIPKOWSKI, *individually and on behalf of all others similarly situated*,

                Plaintiff,

                v.

BETHPAGE FEDERAL CREDIT UNION, *and* Does 1-100,

                Defendants.

---------------------------------------- x

Case No. 20-cv-01754-JS-AKT

## DECLARATION OF LAURA D'AMATO IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

I, Laura D'Amato, state and declare as follows:

1. I am currently employed as the Senior Manager of Content Marketing at Bethpage Federal Credit Union. My duties include working with Taylor Communications, the vendor that produces and sends Bethpage's monthly account statements, to provide members with notices and marketing materials along with their monthly statements. I worked with Taylor Communications in September 2019 in connection with the following inserts to September 2019 month end account statements: an Arbitration Agreement, a new Privacy Notice and a new Fee Schedule.

2. I personally have a checking account at Bethpage. In October 2019, I had elected to receive my statements by mail. On October 10, 2019 (as indicated by my handwritten note on the envelope described further in paragraph #3 below), I received my September 2019 account statement by mail. It included the Arbitration Agreement, Fee Schedule and Privacy Notice.

3. In connection with my duties, I keep copies of examples of the statements and

inserts I receive by mail. A true copy of my September 2019 statement (redacted) and the inserts as I received them and the envelope they were sent in is attached as **Exhibit 1**. That is my handwriting on the envelope: "Sept. '19 Statement Inserts Rec'd 10/10/19." I wrote this at or about the time I received the envelope for purposes of my records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19 day of August 2020 at Bethpage, NY.

*Laura D'Amato*
Laura D'Amato