# EXHIBIT 1

# Smith, Brenda

| | |
|---|---|
| **From:** | Smith, Brenda |
| **Sent:** | Wednesday, September 11, 2019 1:59 PM |
| **To:** | 'Caitlin Dour' |
| **Cc:** | Matt Candela; 'info@officialoffset.com'; 'ben@officialoffset.com'; Laura D'Amato; Olivia Henao |
| **Subject:** | RE: September Statement Inserts |
| **Attachments:** | September 2019 Mail Profile Form.docx |

Hi Caitlin,
Attached is the completed mailing profile form.



**Brenda Smith** – *Account Manager*
Taylor Communications
6 North Park Drive, Suite 220, Hunt Valley, MD 21030
Office: 410.308.7057  |  Mobile: 443.219.7199  |  Fax: 410.329.1218
brenda.j.smith@taylorcommunications.com  |  http://www.taylorcommunications.com

……………………………………………………………………………………………………………
**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail transmission may contain privileged communications and/or confidential information intended only for the use of the named recipient(s). If the reader of this information is not the named recipient(s), or the employee or agent of the named recipient(s), you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you received this transmission in error, please: (1) immediately notify us by return electronic transmission at brenda.j.smith@taylorcommunications.com; and (2) permanently delete this message from your computer and all servers and other storage devices.

---

**From:** Caitlin Dour [mailto:CDour@bethpagefcu.com]
**Sent:** Wednesday, September 11, 2019 11:06 AM
**To:** Smith, Brenda <Brenda.J.Smith@taylorcommunications.com>
**Cc:** Matt Candela <MCandela@bethpagefcu.com>; 'info@officialoffset.com' <info@officialoffset.com>; 'ben@officialoffset.com' <ben@officialoffset.com>; Laura D'Amato <LDamato@bethpagefcu.com>; Olivia Henao <Ohenao@bethpagefcu.com>
**Subject:** September Statement Inserts

<span style="color:red">**[EXTERNAL EMAIL]**</span>

Good Morning Brenda,

Please see the attached mailing profile form for September.

Any questions please let me know.

Thank you,

Caitlin Dour|Marketing Coordinator
**Bethpage Federal Credit Union**
899 S. Oyster Bay Road, Bethpage, NY 11714
**P:**  516-349-4287
We care about what you care about.[SM]