# EXHIBIT 2



# MAILING PROFILE FORM

**Customer Name:** Bethpage Federal Credit Union
**Application Code:** BPC   **Application Description:** Member Statements
**Begin Production Date:** Oct 1, 2019
**End Production Date:** Oct 10, 2019

| Insert ID Number | Description | Insert Selection Criteria | Run Quantity | Disposition | Shortage | Purchase Order # |
|---|---|---|---|---|---|---|
| 255264 | MT848 - Consumer Member Privacy Notice | S1 | 380,000 | D | C | |
| 255266 | MT849 - Arbitration Agreement | S2 | 400,000 | D | C | |
| 255267 | MK289 - Fee Schedule | S3 | 400,000 | D | C | |
| | | | | | | |
| | | | | | | |

**Client Primary Contact:** Caitlin Dour   **Phone:** 516.349.4287   **Email:** cdour@bethpagefcu.com
**Client Secondary Contact:** Janet Zaremba   **Phone:** 516-653-5391   **Email:** JZaremba@bethpagefcu.com
Taylor Communications Primary Contact: Brenda Smith   Phone: 410.308.7057   Email: brenda.j.smith@taylorcommunications.com
Taylor Communications Secondary Contact:   Phone:   Email:

## INSTRUCTIONS:

1. Complete this form by filling in the appropriate fields at least 15 business days prior to the run date and email to your Account Manager. Prior to sending this document rename it to XXX-MMDDYY-MPF.doc. See Insert Specification Guide for details.

- **Begin Production Date:** Fill in the date the inserts will become active.
- **End Production Date:** Fill in the date the inserts production will end.
- **Description** - Fill in a description of the insert. If no inserts are required for this run then enter the verbiage "No Inserts".
- **Insert Selection Criteria** - Is the insert constant or selective? If selective, what selective number will it be?
  - C = Constant
  - S1 = Selective #1
  - S2 = Selective #2
  - S3 = Selective #3
  - S4 = Selective #4
  - S5 = Selective #5
  - S6 = Selective #6
- **Run Quantity** - Fill in the quantity of inserts.
- **Disposition** - What do we do with the insert after the job is run?
  - D = Destroy/Recycle after 10 days.
  - R = Return to you 10 days after the job has mailed.
  - H = Hold at Taylor Communications pending further notice. See Account Manager for possible storage fees.
- **Shortage** - What do we do if we run out of this insert during production?
  - S = Stop processing and call immediately.
  - C = Continue processing without the insert.
- **Client Primary Contact** - Fill in the client primary contact name, phone and email.
- **Client Secondary Contact** - Fill in the client secondary contact name, phone and email.

Once this information is submitted, your Account Manager will respond by filling in the appropriate fields noted below. An email notification will be sent including this information within two (2) business days. Please ensure your insert vendor complies with the requirements listed in the 'Insert Requirement Specifications' document you have been provided. All customer supplied components must be received by Taylor Communications no later than five (5) business days prior to the scheduled production run date.

2. The information noted on this form will be used for the live production run.

- **Insert ID Number** - Fill in the Insert ID number for the insert.
- **PO Number** – Fill in the PO number for the insert.
- **Taylor Communications Primary Contact** - Fill in the client primary contact name, phone and email.
- **Taylor Communications Secondary Contact** - Fill in the client secondary contact name, phone and email.