# EXHIBIT 3


| | | | | | |
|---|---|---|---|---|---|
| Mailing Group ID: | 251428198 | Mailer's Job #: | 00066168 | Open Date: | 10-07-2019 |
| Preparer: | --TAYLOR COMMUNICATIONS INC | PO of Mailing Finance No: | 381792 | Close Date: | |
| Description: | BPC-COL-971189- | Submission Type: | Mail.dat | | |

PS # 355817047, FIN - Transaction # 201928015015431M0 *(processed by TMH on 10/07/2019 03:01:54 PM)*    Cancel | Confirmation Page | Container List | Piece-Weight Information

# PS Form 3600-R - First-Class Mail and First-Class Package Service - Permit Imprint
**Final**

## Postage Summary

| | | | | | |
|---|---|---|---|---|---|
| Account Holder: | BFCU<br>899 S OYSTER BAY RD<br>BETHPAGE, NY 11714 -1030<br><br>Contact: PETER PATRUNO<br>(732) 561 - 8209<br>peter.patruno@workflowone.com | Mailing Agent: | TAYLOR COMMUNICATIONS INC<br>3125 LEWIS CENTRE WAY<br>GROVE CITY, OH 43123 -1784 | Mail Owner: | BFCU<br>899 S OYSTER BAY RD<br>BETHPAGE, NY 11714 -1030 |
| Account Number: | 1725042 | | | | |
| Permit: | Permit Imprint 1309 | | | Processing Category: | Letters (may include postcards) |
| | CRID: 3695497 | | CRID: 1498932 | | CRID: 3695497 |
| Statement FS Fee Waiver %: | 100% | | | | |
| Post Office Of Mailing: | COLUMBUS OH 43218-9998 | Mailer's Mailing Date: | 10/07/2019 | | |
| Post Office of Permit: | EDISON, NJ 08899-9998 | | | | |
| Mailer Declared Weight of Single Piece: | Non-identical | Mailer Declared Total Pieces: | 97,281 pcs. | Mailer Declared Total Weight: | 6,576.2875 lbs. |
| USPS Determined Weight of Single Piece: | N/A | USPS Determined Total Pieces: | 97,281 pcs. | USPS Determined Total Weight: | 6,576.2875 lbs. |
| | | | | Total Postage: | $ 37,437.26 |
| Sequencing Date: | | Address Matching Date - Automation: | 10/01/2019 | Address Matching Date - Carrier Route: | 10/01/2019 |

| No of Containers: | 1' MM Trays | 2' MM Trays | 2' EMM Trays | Flat Trays | Sacks | Pallets | Other |
|---|---|---|---|---|---|---|---|
| | 11 | 381 | | | | | 8 |

| | | | |
|---|---|---|---|
| Move Update Method: | NCOALink | NSA: | NO |
| Political Mail: NO | | Official Election Mail: NO | |
| Mailpieces contain Only contents that are not required to be mailed FCM: NO | | Round Trip Only: 1 DVD/CD or other Disk: NO | |
| Incentive/Discount Claimed: NO | AB Testing Claimed: NO | Type of Fee: N/A | |