# EXHIBIT 4



PO Box 2069
Glen Burnie, MD 21060-2069
1.800.628.7070 Tel
lovebethpage.com

## STATEMENT OF ACCOUNT

| Account Number | Statement Date |
|---|---|
|  | 09-30-2019 |

Attention: Important notices are
included with this statement.

1. Consumer Member Privacy Notice
2. Fee Schedule
3. Arbitration Agreement

Please review the information
contained in these notices, and
contact us at 800-628-7070
if you have any questions.

28.1.6951 2 AV 0.380  71189D21.p02  207125  1-3  2.3

JO-ANNE L FILIPKOWSKI
ZBIGNIEW FILIPKOWSKI

## Statement Summary

Page 1 of 4

| AccountNumber | Account Type | Balance |
|---|---|---|
|  |  |  |
|  |  |  |

**Savings Account Summary —**

Continued on next page

Case 2:20-cv-01754-JS-AKT   Document 12-2   Filed 06/05/20   Page 3 of 5 PageID #: 89



Page 2 of 4
Statement Date: 09-30-2019

[Page content redacted]

Continued on next page

28.1.6951 2 AV 0.380  71189D21.p02  207125  2-3  2.3

Case 2:20-cv-01754-JS-AKT   Document 12-2   Filed 06/05/20   Page 4 of 5 PageID #: 90

Page 3 of 4
Statement Date: 09-30-2019



Continued on next page

![Bethpage Federal Credit Union]