# EXHIBIT 1



# INVOICE

**OFFICIAL OFFSET CORPORATION**
8600 New Horizons Blvd.
Amityville, NY 11701

Tel. 631-957-8500
Fax 631-957-4606

**Bill To:** BETHPAGE FEDERAL CREDIT UNION
899 SOUTH OYSTER BAY ROAD
BETHPAGE, NY 11714
ATTN: MATT CANDELA

| | |
|---|---|
| Invoice # | 67950 |
| Invoice Date | 10/10/2019 |
| P.O. # | 18629 |
| Job No. | 16668(B) |
| Terms | Net 10 Days |

| Quantity | Description | Amount |
|---|---|---|
| | SEPTEMBER INSERTS  616/27200 | |
| B) 452,500 | ARBITRATION AGREEMENT  MT-849 | |
| | 50 lb. White stock; Black ink  8.5 x 11 - 2 Sided; Fold to #10 | |
| | 400,000 - to Taylor Communication, Ohio  Balance band in 50's, flat - see breakdown  33,000-OOC  2,000-Tom E.  17,500 - Branches | |
| | $24.50 per m = | 11,098.50 |
| | Count, Band in 50's, 500 per lot, 35 lots x $11.50 | 402.50 |
| | Trucking to Taylor Communication, Ohio (Split 3 ways with MT-848 & MK-289) | 245.23 |
| | *UPS cost shipped with ooc16633  MT-844/845/846 - see ooc 16633 for cost* | |

Please make check payable to OFFICIAL OFFSET CORP.

**Total** $11,746.23