UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JO-ANNE FILIPKOWSKI, individually, and on : 
behalf of all others similarly situated, :
 :
        Plaintiff, : No. 2:20-cv-01754-JS-AKT
 :
v. :
 : **JOINT STIPULATION AND**
BETHPAGE FEDERAL CREDIT UNION and : **ORDER FOR DISMISSAL WITH**
DOES 1 through 100, : **PREJUDICE**
 :
 :
        Defendants. :
 :
---------------------------------------------------------------X

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: June 17, 2021                              Respectfully submitted,

                                       By:   */s/ Taras Kick*
                                                Taras Kick (*admitted pro hac vice*)
                                                taras@kicklawfirm.com
                                                **THE KICK LAW FIRM, APC**
                                                815 Moraga Drive
                                                Los Angeles, CA 90049
                                                Telephone: (310) 395-2988
                                                Facsimile: (310) 395-2088

                                                **WILENTZ, GOLDMAN & SPITZER, P.A.**
                                                Kevin P. Roddy – NYSBA # 652585
                                                90 Woodbridge Center Drive, Suite 900
                                                Woodbridge, NJ 07095
                                                Telephone: (732) 636-8000

        Facsimile: (732) 726-6686
        E-mail: kroddy@wilentz.com

*Attorneys for Plaintiff Jo-Anne Filipkowski and the Putative Class*


By:   */s/ Craig A. Convissar*
      Craig A. Convissar
      craig.convissar@katten.com
      **KATTEN MUCHIN ROSENMAN LLP**
      575 Madison Avenue
      New York, NY 10022
      Ph: 212-940-6369
      Fax: 212-940-8776

      Stuart M. Richter (admitted *pro hac vice*)
      stuart.richter@katten.com
      2029 Century Park East, Suite 2600
      Los Angeles, CA 90067-3012
      Ph: 310-788-4400
      Fax: 310-712-8434

      *Attorneys for Defendant Bethpage Federal Credit Union*

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

The Clerk of the Court is respectfully directed to mark this case CLOSED.

Dated: June 18, 2021  /s/ JOANNA SEYBERT
       Central Islip, New York  Hon. Joanna Seybert
                                                   United States District Court Judge